E-filing

DECLARATION AND PROOF OF SERVICE BY MAIL

CV 08 FILED 3350 JSW (PR)

I, Quoc Xuong Luu, declare under the penalty of perjury that I am over the age of 18 years, ( ) and not a party to ( XX ) am a party to this action, and reside in Solano County, at P.O. Box 4000, Cell # 02-125U ) Vacaville, California. 95696-4000.

That on July, 06, 2008. I submitted to custody officials for inspection, sealing and depositing in the United States Mail, consistent with the "Mailbox Rule"; Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) at the California State Prison-Solano, Vacaville, California. 95696-4000 a copy of the attached hereof: "PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; AND EXHIBITS, APPENDIXS, AND EVIDENCES SUPPORTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241, PART II."

in a fully prepaid envelope, addressed to:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Office of the Clerk
450 Golden Gate Avenue
San Francisco, California 94102

ATTORNEY GENERAL OFFICE
450 Golden Gate Avenue
San Francisco, California 94102

I declare under the penalty of perjury that the foregoing is true and correct. This declaration was executed on this July, 06, 2008, at CSP-Solano, Vacaville, California. 95696-4000.

_____
DECLARANT