NAME : QUOC XUONG LUU
CDC #: (P-22522)
Bld.#: (2-125u)
California State Prison - Solano
P.O. Box 4000
Vacaville, California 95696-4000

In Propria Persona

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quoc Xuong Luu, )
                )
        Plaintiff, )   CASE NO. C08-3350 JSW
                )
    vs.         )     PRISONER'S
                )     APPLICATION TO PROCEED
IMMIGRATION AND NATURALIZATION )  IN FORMA PAUPERIS
SERVICES (INS), et al., )
        Defendant. )
_____)

I, __Quoc Xuong Luu__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes __XX__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0.00_____ Net: _____0.00_____

Employer: California State Prison - Solano, P.O. Box 4000, Vacaville, California 95696-4000

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

JUL 1 0 2008

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                    Yes ___ No XX
10         self employment
11     b.  Income from stocks, bonds,                  Yes ___ No XX
12         or royalties?
13     c.  Rent payments?                              Yes ___ No XX
14     d.  Pensions, annuities, or                     Yes ___ No XX
15         life insurance payments?
16     e.  Federal or State welfare payments,          Yes ___ No XX
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3.  Are you married?                                 Yes ___ No XX
24 Spouse's Full Name: _____NONE_____
25 Spouse's Place of Employment: _____NONE_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____0.00_____ Net $_____0.00_____
28 4.  a.  List amount you contribute to your spouse's support:$ ___NONE___

|     |     |     |
| --- | --- | --- |
| 1   |     | b. List the persons other than your spouse who are dependent upon you for |
| 2   |     | support and indicate how much you contribute toward their support. (NOTE: |
| 3   |     | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   |     | THEIR NAMES.). |

NONE
_____

_____

5. Do you own or are you buying a home?   Yes ____ No  XX

Estimated Market Value: $ NONE   Amount of Mortgage: $ NONE

6. Do you own an automobile?   Yes ____ No ____

Make  NONE   Year  NONE   Model  NONE

Is it financed? Yes ____ No  XX   If so, Total due: $  NONE

Monthly Payment: $  NONE

7. Do you have a bank account? Yes ____ No  XX  (Do not include account numbers.)

Name(s) and address(es) of bank:  NONE
_____

Present balance(s): $  NONE

Do you own any cash? Yes ____ No  XX   Amount: $  NONE

Do you have any other assets? (If "yes," provide a description of each asset and its estimated

market value.)  Yes ____ No  XX

_____

8. What are your monthly expenses?

Rent: $  NONE   Utilities:  NONE

Food: $  NONE   Clothing:  NONE

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| NONE | $ 0.00 | $ 0.00 |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

JUL 1 0 2008

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 Restitution imposed by the trial judge of the Superior Court
4 of Santa Clara County and for the State of California.
5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?   Yes XX  No ___
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 Luu v. USA, et al., case# C-02-01980-JF (PR) and Luu v. INS, et al., case#
10 C-07-2704-JSW (PR), in the United States District Court for the Northern
District of California.
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

_____    _____
        DATE                    SIGNATURE OF APPLICANT

JUL 1 0 2008

1

2                                                       Case Number: _____

3

4

5

6

7

8

9                              **CERTIFICATE OF FUNDS**

10                                           **IN**

11                              **PRISONER'S ACCOUNT**

12

13        I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of ___0.00___ for the last six months

15   at

16                                        [prisoner name]

17   LUU, QUOC - CSP- Solano where (s)he is confined.

18        [name of institution]

19        I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ _0.00_ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ _0.00_ .

22

23   Dated: 7/11/2008                          Barbara Patton

24                                        [Authorized officer of the institution]

25

26

27

28

- 5 -

JUL 1 0 2008

```
REPORT ID: TS3030 .701                                          REPORT DATE: 07/11/08
                                                                PAGE NO:           2

                        CALIFORNIA STATE PRISON SOLANO
                        INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 11, 2008

ACCT: P22522        ACCT NAME: LUU, QUOC XUONG                    ACCT TYPE: I
DATE SENTENCED: 12/11/98
COUNTY CODE: *SCL
                                              CASE NUMBER: *206807
                                              FINE AMOUNT: $  1,180.00
DATE    TRANS. DESCRIPTION                    TRANS. AMT.       BALANCE
----    ------ -----------                    -----------       -------
1/15/08 DR30   REST DED-CASH DEPOSIT             100.00-         693.01

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY
BEGINNING    TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
---------    --------    -----------  -------      -------     ------------
 93.84        90.00       183.84        0.00       140.78          0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE
                                                              ---------
                                                               140.78-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
BY: _Barbara Patton_____
CALIFORNIA DEPARTMENT OF CORRECTIONS
TRUST OFFICE

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date July 09, 20 08

To: Warden          Approved

I hereby request that my Trust Account be charged $ 3.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

P-23522
NUMBER                                           NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested    PRINT PLAINLY BELOW name and address of person
(do not use this form for Canteen or Hobby purchase)         to whom check is to be mailed.

PURPOSE "In Forma Pauperis"          NAME U.S. Dist. Court
application to the United States     Northern Dist. of California
District Court and for the           ADDRESS Office of the Clerk
Northern District of California      450 Golden Gate Avenue
                                     San Francisco, California 94102

                                     Quoc X. Luu
                                     PRINT YOUR FULL NAME HERE

[NSF stamp overlaid on form]

```
NAME : QUOC XUONG LUU
CDC# : (P-22522)
Bld.# : (02-125U)
California State Prison - Solano
P.O. Box 4000
Vacaville, California 95696-4000
```

CALIFORNIA STATE PRISON-SOLANO

LEGAL MAIL

9410312341 0004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Office of the Clerk
450 Golden Gate Avenue
San Francisco, California 94102

USA FIRST-CLASS FOREVER